Stanford FOWLER, Plaintiff Below–Appellant,

v.

STATE of Delaware, Defendant Below–Appellee.

No. 95, 2015

Supreme Court of Delaware.

Submitted: September 30, 2015

Decided: October 2, 2015

Court Below—Superior Court of the State of Delaware, in and for New Castle County, C.A. No.: 14A–01–001

AFFIRMED.

Carlos LOPEZ, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 474, 2015

Supreme Court of Delaware.

Submitted: September 10, 2015

Decided: October 5, 2015

Court Below—Superior Court of the State of Delaware, in and for New Castle County, Cr. ID No. 0506007270

DISMISSED.